# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: NIGHTGALLERIE, LLC　　　　　　　　§　Case No. 19-31066-BLH
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $966,600.00　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00　　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $14,254.08

---

　　　3) Total gross receipts of $　14,254.08　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $14,254.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $178,723.52 | $667,004.07 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,940.84 | 15,940.84 | 14,254.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 7,176.32 | 7,176.32 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 589,436.40 | 241,803.02 | 222,213.73 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 380,135.73 | 616,880.93 | 617,271.80 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,148,295.65 | $1,548,805.18 | $862,602.69 | $14,254.08 |

4)  This case was originally filed under Chapter 11 on October 09, 2019 and it was converted to Chapter 7 on April 30, 2020. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2021     By: /s/Janina M. Hoskins
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| C. 11 DIP Account Turnover- Wells Fargo | 1229-000 | 14,254.08 |
| **TOTAL GROSS RECEIPTS** | | **$14,254.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 -1 | Patrick McNerney | 4210-000 | 178,723.52 | 667,004.07 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$178,723.52** | **$667,004.07** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janina M. Hoskins | 2100-000 | N/A | 2,175.41 | 2,175.41 | 1,941.60 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 714.02 |
| Attorney for Trustee Fees (Trustee Firm) - Rincon Law | 3110-000 | N/A | 6,545.00 | 6,545.00 | 5,841.55 |
| Other - Rincon Law | 3220-000 | N/A | 1.10 | 1.10 | 0.98 |
| Other - Bachecki, Crom & Co., LLP | 3410-000 | N/A | 3,856.00 | 3,856.00 | 3,441.56 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Bachecki, Crom & Co., LLP | 3420-000 | N/A | 41.42 | 41.42 | 36.97 |
| U.S. Trustee Quarterly Fees - UNITED STATES TRUSTEE | 2950-000 | N/A | 2,275.00 | 2,275.00 | 2,030.49 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.18 | 4.18 | 4.18 |
| Other - Mechanics Bank | 2600-000 | N/A | 12.15 | 12.15 | 12.15 |
| Other - Mechanics Bank | 2600-000 | N/A | 24.27 | 24.27 | 24.27 |
| Other - Mechanics Bank | 2600-000 | N/A | 23.47 | 23.47 | 23.47 |
| Other - Mechanics Bank | 2600-000 | N/A | 21.92 | 21.92 | 21.92 |
| Other - Mechanics Bank | 2600-000 | N/A | 24.16 | 24.16 | 24.16 |
| Other - Mechanics Bank | 2600-000 | N/A | 22.61 | 22.61 | 22.61 |
| Other - Mechanics Bank | 2600-000 | N/A | 21.82 | 21.82 | 21.82 |
| Other - Mechanics Bank | 2600-000 | N/A | 24.79 | 24.79 | 24.79 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 21.80 | 21.80 | 21.80 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 21.01 | 21.01 | 21.01 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.73 | 24.73 | 24.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$15,940.84** | **$15,940.84** | **$14,254.08** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Franchise Tax Board (ADMINISTRATIVE) | 6950-000 | N/A | 800.00 | 800.00 | 0.00 |
| Remedial Building Company, LLC | 6920-000 | N/A | 6,376.32 | 6,376.32 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$7,176.32** | **$7,176.32** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-2 | Internal Revenue Service | 5800-000 | 314,861.00 | 40,838.29 | 21,249.00 | 0.00 |
| 6P-1 | FRANCHISE TAX BOARD | 5800-000 | 19,839.00 | 1,697.03 | 1,697.03 | 0.00 |
| 7 -1 | California Department of Tax and Fee Admin. | 5800-000 | 208,480.00 | 177,804.61 | 177,804.61 | 0.00 |
| 9P-1 | Employment Development Department | 5800-000 | 22,000.00 | 10,819.45 | 10,819.45 | 0.00 |
| 11 -1 | City & County of San Francisco | 5800-000 | 24,256.40 | 10,643.64 | 10,643.64 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$589,436.40** | **$241,803.02** | **$222,213.73** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | New York Marine and | 7100-000 | 46,315.00 | 46,315.00 | 46,315.00 | 0.00 |
| 2 -1 | American Express National Bank | 7100-000 | 17,176.00 | 17,176.15 | 17,176.15 | 0.00 |
| 3U-2 | Internal Revenue Service | 7100-000 | N/A | 5,347.46 | 5,738.33 | 0.00 |
| 4 -1 | Microbiz Service Company | 7100-000 | N/A | 1,009.45 | 1,009.45 | 0.00 |
| 5 -1 | Tailfeather Events Inc | 7100-000 | 5,426.93 | 5,426.93 | 5,426.93 | 0.00 |
| 6U-1 | FRANCHISE TAX BOARD | 7100-000 | N/A | 206.35 | 206.35 | 0.00 |
| 8 -1 | City & County of San Francisco | 7100-000 | N/A | 49,555.19 | 49,555.19 | 0.00 |
| 9U-1 | Employment Development Department | 7100-000 | 0.00 | 1,644.69 | 1,644.69 | 0.00 |
| 10 -1 | Remedial Building Company, LLC | 7100-000 | 1,795.80 | 2,243.52 | 2,243.52 | 0.00 |
| 12 -2 | Chritton Brothers Properties | 7100-000 | N/A | 147,509.39 | 147,509.39 | 0.00 |
| 13 -1 | 440 Jessie Properties, LLC | 7100-000 | 13,000.00 | 188,161.43 | 188,161.43 | 0.00 |
| 14 -1 | Martin McNerney Development, Inc. | 7100-000 | N/A | 135,327.68 | 135,327.68 | 0.00 |
| 16 -1 | Lights & Music Collective LLC | 7100-000 | 16,188.73 | 11,132.54 | 11,132.54 | 0.00 |
| 17 -1 | Golden Brands | 7100-000 | N/A | 5,825.15 | 5,825.15 | 0.00 |
| NOTFILED-1 | Mamalaya, LLC | 7100-000 | 2,887.72 | N/A | N/A | 0.00 |
| NOTFILED-1 | ProActive Network, Inc. | 7100-000 | 1,777.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | ProCentury Insurance Company | 7100-000 | 19,323.08 | N/A | N/A | 0.00 |
| NOTFILED-1 | Real Soda Northern California | 7100-000 | 547.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | Liz Is All Biz, Inc. | 7100-000 | 2,722.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | Security Intelligence Specialist | 7100-000 | 33,262.80 | N/A | N/A | 0.00 |
| NOTFILED-1 | Rolando Gomes | 7100-000 | 880.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | San Francisco Media Co. | 7100-000 | 3,821.25 | N/A | N/A | 0.00 |
| NOTFILED-1 | Popgang LLC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | PG&E | 7100-000 | 5,945.21 | N/A | N/A | 0.00 |
| NOTFILED-1 | Pacific Auxiliary Fire Alarm | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | MPA Productions LLC | 7100-000 | 8,300.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | On24 | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Michelle Hatsushi | 7100-000 | 15.90 | N/A | N/A | 0.00 |
| NOTFILED-1 | SESAC | 7100-000 | 8,127.66 | N/A | N/A | 0.00 |
| NOTFILED-1 | Micah Byrnes | 7100-000 | 500.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 Paradigm Talent Agency | 7100-000 | 6,550.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Paylocity | 7100-000 | 363.40 | N/A | N/A | 0.00 |
| NOTFILED-1 Noise Pop Industries | 7100-000 | 1,930.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Studio Instrument Rentals | 7100-000 | 2,090.00 | N/A | N/A | 0.00 |
| NOTFILED-1 SF Station | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 The Plant Escape | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Terminix | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| NOTFILED-1 The Bullitt Agency Inc. | 7100-000 | 945.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Tri-California Events Inc. | 7100-000 | 386.60 | N/A | N/A | 0.00 |
| NOTFILED-1 United Talent Agency | 7100-000 | 6,250.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Webpass | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Vantage Maintenance | 7100-000 | 385.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Warpath Group LLC | 7100-000 | 1,395.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Yodlee Inc. Attn: Marsha Krebs | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Young's Market Company | 7100-000 | 10,760.60 | N/A | N/A | 0.00 |
| NOTFILED-1 Southern Glazer's Wine & Spirits | 7100-000 | 27,354.56 | N/A | N/A | 0.00 |
| NOTFILED-1 SFMTA - Color Curb Program Attn: DPT Color Curb Program | 7100-000 | 1,761.00 | N/A | N/A | 0.00 |
| NOTFILED-1 SFMTA Temporary Sign | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Sysco San Francisco, Inc. | 7100-000 | 4,268.26 | N/A | N/A | 0.00 |
| NOTFILED-1 YBR Promotions LLC | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 William Clayton | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Light Soda on Tap | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED-1 WME Entertainment LLC | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 SF Water Company | 7100-000 | 188.43 | N/A | N/A | 0.00 |
| NOTFILED-1 David Lewis | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED-1 AB&C Services | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED-1 ADP | 7100-000 | 43,453.00 | N/A | N/A | 0.00 |
| NOTFILED-1 ANKH Integrated | 7100-000 | 1,308.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Ad Roll | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Allegiance Premium Finance Co. | 7100-000 | 14,776.00 | N/A | N/A | 0.00 |
| NOTFILED-1 ASCAP | 7100-000 | 3,083.93 | N/A | N/A | 0.00 |
| NOTFILED-1 AT&T Mobility | 7100-000 | 362.98 | N/A | N/A | 0.00 |
| NOTFILED-1 AT&T | 7100-000 | 116.57 | N/A | N/A | 0.00 |
| NOTFILED-1 DG717 | 7100-000 | 500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 DBI Bev San Francisco | 7100-000 | 7,303.34 | N/A | N/A | 0.00 |
| NOTFILED-1 DirecTV | 7100-000 | 807.96 | N/A | N/A | 0.00 |
| NOTFILED-1 Forescout Technologies Inc. | 7100-000 | 1,885.00 | N/A | N/A | 0.00 |
| NOTFILED-1 JR Lighting Design, Inc. | 7100-000 | 814.61 | N/A | N/A | 0.00 |
| NOTFILED-1 Friends of Mint Plaza | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 James Knapp | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Creative Laser Media & Design | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Complete Building Services | 7100-000 | 1,625.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BioCentury Productions | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 AT&T Wireline | 7100-000 | 110.45 | N/A | N/A | 0.00 |
| NOTFILED-1 Bay Janitorial Supply, Inc. | 7100-000 | 1,829.37 | N/A | N/A | 0.00 |
| NOTFILED-1 BirchStreet Technologies, LLC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Blackline Engineering | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Coast2Coast Public Safety | 7100-000 | 5,866.25 | N/A | N/A | 0.00 |
| NOTFILED-1 BMI | 7100-000 | 4,470.70 | N/A | N/A | 0.00 |
| NOTFILED-1 CloZee, LLC | 7100-000 | 573.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Kaiser Foundation Health Plan | 7100-000 | 11,368.64 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $380,135.73 | $616,880.93 | $617,271.80 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-31066-BLH  
**Case Name:** NIGHTGALLERIE, LLC

**Trustee:** (007880) Janina M. Hoskins  
**Filed (f) or Converted (c):** 04/30/20 (c)  
**§341(a) Meeting Date:** 05/27/20  

**Period Ending:** 07/23/21

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Art, collectibles, decorative fabrics & textiles<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3 | Checking Account at First Republic Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 4 | Business Checking Account at San Francisco Fire<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | www.Mezzaninesf.com; Mezzanine (and Mezzanine Co<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 6 | Mezzanine name/brand/logo (not appraised).<br>Orig. Asset Memo: Imported from Amended Doc#: 63;  (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 7 | Sublease on Premises  (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  Sublease on premises:  440 Jessie Street, SF 94013 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Liquor License.<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 250,000.00 | 250,000.00 | OA | 0.00 | FA |
| 9 | Goodwill (not appraised).<br>Orig. Asset Memo: Imported from Amended Doc#: 65;  (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 10 | Miscelanneous office furniture; other freestandi<br>Orig. Asset Memo: Imported from Amended Doc#: 65; | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 11 | Computers, phones, printers, miscellaneous offic<br>Orig. Asset Memo: Imported from Amended Doc#: | 5,000.00 | 5,000.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-31066-BLH  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** NIGHTGALLERIE, LLC  **Filed (f) or Converted (c):** 04/30/20 (c)
 **§341(a) Meeting Date:** 05/27/20
**Period Ending:** 07/23/21  **Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 65; | | | | | |
| 12 | Other inventory or supplies: Liquor; beer; wine; (u)<br>   Orig. Asset Memo: Imported from Amended Doc#: 65 Not Originally Scheduled;  (See Footnote) | 61,000.00 | 61,000.00 | | 0.00 | FA |
| 13 | Mezzanine mailing list (not appraised).<br>   Orig. Asset Memo: Imported from Amended Doc#: 65; | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 14 | VOID<br>   Orig. Asset Memo: Imported from original petition Doc# 49;  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Barricades, velvet ropes, stantions; 200 folding<br>   Orig. Asset Memo: Imported from Amended Doc#: 65; | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 16 | Lights, sound and video equipment/systems.<br>   Orig. Asset Memo: Imported from Amended Doc#: 65; | 140,600.00 | 140,600.00 | | 0.00 | FA |
| 17 | VOID- Duplicate Asset no. 1<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID DUPLICATE Asset no. 2<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID Duplicate Asset No. 3<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID Duplicate Asset No. 4<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | VOID- Duplicate Asset no. 5<br>   Orig. Asset Memo: | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-31066-BLH  
**Case Name:** NIGHTGALLERIE, LLC  

**Trustee:** (007880) Janina M. Hoskins  
**Filed (f) or Converted (c):** 04/30/20 (c)  
**§341(a) Meeting Date:** 05/27/20  

**Period Ending:** 07/23/21  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Not originally scheduled; Imported from Amended Doc#: 63 | | | | | |
| 22 VOID- Duplicate Asset No. 6<br>  Imported from original petition Doc# 49 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 23 VOID- Duplicate Asset no. 8<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 24 VOID- Duplicate Asset no. 9<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 25 VOID- Duplicate Asset no. 10<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 26 VOID Duplicate Asset No. 11<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 27 VOID- Duplicate Asset no. 12 (u)<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 Not Originally Scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 28 VOID Duplicate Asset no. 13<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 29 VOID Duplicate Asset No. 15<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 63 | 0.00 | 0.00 | | 0.00 | FA |
| 30 VOID- Duplicate Asset no. 16<br>  Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-31066-BLH  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** NIGHTGALLERIE, LLC  **Filed (f) or Converted (c):** 04/30/20 (c)
 **§341(a) Meeting Date:** 05/27/20
**Period Ending:** 07/23/21  **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc#: 63 | | | | | |
| 31 | C. 11 DIP Account Turnover- Wells Fargo (u) | 0.00 | 14,254.08 | | 14,254.08 | FA |
| 31 | **Assets Totals** (Excluding unknown values) | **$966,600.00** | **$980,854.08** | | **$14,254.08** | **$0.00** |

RE PROP# 1   secured by lien- no value to estate
RE PROP# 2   C11 asset
RE PROP# 3   C11 asset
RE PROP# 4   zero balance at filing C. 11
RE PROP# 5   no value and subject to lien
RE PROP# 6   Subject to lien, business closed, no value
RE PROP# 7   Lease rejected
RE PROP# 8   CA taxing agencies debt exceed value- Dckt. 166
RE PROP# 9   no value upon conversion
RE PROP# 12  C11 asset-
RE PROP# 14  Duplicate entry re SEE ASSET ATTACHED entry on AB

**Major Activities Affecting Case Closing:**

5/1/20- jmh case review, confirm C11 asset sale, subject to liens- fu. re proceeds

5/9/20- review West uctions analysis of value of remaining inventory

5/27/20- conclude 341

7/15/20- import and review claims

9/3/20- Fu. with counsel re case status and closing issues

10/6/20- fu re status re closing re liquor license

12/30/20- year end case review- task closing

3/4/21- confirm with counsel close case, task TFR

3/18/21- confirm abandonment re liquor license, fu re tax return

3/31/21- confirm final estate return completed

4/5/21- review Crom Fee Application- complete and submit TFR after Form 1 corrections

4/5/21- TFR submitted to UST

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-31066-BLH | **Trustee:** | (007880) Janina M. Hoskins |
| **Case Name:** NIGHTGALLERIE, LLC | **Filed (f) or Converted (c):** | 04/30/20 (c) |
| | **§341(a) Meeting Date:** | 05/27/20 |
| **Period Ending:** 07/23/21 | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  March 31, 2021       **Current Projected Date Of Final Report (TFR):**  April 5, 2021  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 19-31066-BLH | | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|---|
| Case Name: | NIGHTGALLERIE, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***2080 | | Blanket Bond: | $53,535,167.00 (per case limit) |
| Period Ending: | 07/23/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/11/20 | {31} | Wells Fargo Bank | DIP account turnover- XXXX 3660 | 1229-000 | 14,254.08 | | 14,254.08 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 12.15 | 14,241.93 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 24.27 | 14,217.66 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 23.47 | 14,194.19 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 21.92 | 14,172.27 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 24.16 | 14,148.11 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 22.61 | 14,125.50 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 21.82 | 14,103.68 |
| 12/22/20 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2020 FOR CASE #19-31066, Bond #016048574 - 2021 Bond | 2300-000 | | 4.18 | 14,099.50 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 24.79 | 14,074.71 |
| 01/20/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 14,074.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,254.08 | 14,254.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,074.71 | |
| | | | **Subtotal** | | 14,254.08 | 179.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,254.08** | **$179.37** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-31066-BLH | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** NIGHTGALLERIE, LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******5065 - Checking Account |
| **Taxpayer ID #:** **-***2080 | **Blanket Bond:** $53,535,167.00 (per case limit) |
| **Period Ending:** 07/23/21 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 14,074.71 | | 14,074.71 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 21.80 | 14,052.91 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 21.01 | 14,031.90 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.73 | 14,007.17 |
| 06/22/21 | 10102 | Janina M. Hoskins | Dividend paid 89.25% on $2,175.41, Trustee Compensation; Reference: | 2100-000 | | 1,941.60 | 12,065.57 |
| 06/22/21 | 10103 | Rincon Law | Dividend paid 89.25% on $6,545.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,841.55 | 6,224.02 |
| 06/22/21 | 10104 | Rincon Law | Dividend paid 89.25% on $1.10, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 0.98 | 6,223.04 |
| 06/22/21 | 10105 | Franchise Tax Board | Dividend paid 89.25% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 714.02 | 5,509.02 |
| 06/22/21 | 10106 | Bachecki, Crom & Co., LLP | Dividend paid 89.25% on $3,856.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,441.56 | 2,067.46 |
| 06/22/21 | 10107 | Bachecki, Crom & Co., LLP | Dividend paid 89.25% on $41.42, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 36.97 | 2,030.49 |
| 06/22/21 | 10108 | UNITED STATES TRUSTEE | Dividend paid 89.25% on $2,275.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 2,030.49 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,074.71 | 14,074.71 | $0.00 |
| Less: Bank Transfers | | 14,074.71 | 0.00 | |
| **Subtotal** | | 0.00 | 14,074.71 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$14,074.71** | |

| | |
|---|---|
| Net Receipts : | 14,254.08 |
| Net Estate : | $14,254.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9566 | 14,254.08 | 179.37 | 0.00 |
| Checking # ******5065 | 0.00 | 14,074.71 | 0.00 |
| | $14,254.08 | $14,254.08 | $0.00 |

{} Asset reference(s)